No. 435. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. *v.* UNITED TRANSPORT SERVICE EMPLOYEES ET AL. January 10, 1944. MR. JUSTICE RUTLEDGE is of opinion that the petition for rehearing should be granted, the case restored to the docket and set for argument.

Nos. 38 and 39. COLGATE-PALMOLIVE-PEET Co. *v.* UNITED STATES. January 10, 1944. MR. JUSTICE ROBERTS and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

Nos. 49 and 50. FORD MOTOR Co. *v.* GORDON FORM LATHE Co. January 10, 1944. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 124. ROYER, ADMINISTRATRIX, *v.* GREINER. January 10, 1944. Second petition for rehearing denied.

No. 439. FRYBERGER *v.* CONSOLIDATED ELECTRIC & GAS Co. ET AL. January 10, 1944.

No. 455. LEISHMAN *v.* ASSOCIATED WHOLESALE ELECTRIC Co. January 10, 1944.

No. 478. FIDES, A. G., *v.* COMMISSIONER OF INTERNAL REVENUE. January 10, 1944.

No. 479. GORDON ET AL. *v.* UNITED STATES. January 10, 1944.

No. 485. WHITEFORD *v.* HECHT COMPANY. January 10, 1944.